IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **CATHY ANN GREEN,** | 09-CV-1519-AC |
| **Plaintiff,** | ORDER |
| v. | |
| **CONCORDIA UNIVERSITY, an**<br>Oregon non-profit corporation | |
| **Defendant.** | |

**GLENN N. SOLOMON**
Glenn N. Solomon, Attorney at Law
1000 S.W. Fifth Avenue
Portland, OR 97204
(503) 241-3508

    Attorney for Plaintiff

**PAULA A. BARRAN**
Barran Liebman LLP
601 S.W. Second Avenue, Suite 2300
Portland, OR  97204
(503) 228-0500

    Attorneys for Defendant

1  -  ORDER

**BROWN, Judge.**

Magistrate Judge John V. Acosta issued Findings and Recommendation (#22) on June 23, 2010, in which he recommends this Court grant Defendant Concordia University's Motion (#5) to Dismiss.

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983)(rev'd on other grounds).  *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983).  Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Acosta's Findings and Recommendation (#22).  Accordingly, the Court **GRANTS** Defendant's Motion (#5) to Dismiss.

IT IS SO ORDERED.

DATED this 8th day of September, 2010.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge